IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLARENCE THOMPSON III,

Defendants.

Case No. CR 26-364 CRB

**RELEASE ORDER**

For the reasons stated on the record on September 2, 2026, it is hereby ordered that Clarence Thompson III be released from the custody of the United States Marshals Service at 8:00 a.m. on September 3, 2026, for transport to the New Bridge Foundation Residential Treatment program at 2323 Hearst Ave., Berkeley CA 94709.

Upon release, Mr. Thompson shall immediately and directly report to the Federal Defender's Office at 450 Golden Gate Avenue, where transportation to New Bridge by Uber will be arranged. Defendant must abide by all conditions of release.

IT IS SO ORDERED.

Date: September 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge